| 11010318B | OUR LADY OF HOPE REGIONAL<br>1248 JACKSON STREET<br>PHILADELPHIA, PA 19148 | 3-7568/2360 | Check No. 3380<br>Date: 1/3/2025 |

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE   DO NOT CASH

Check Amount: **VOID**

Pay to the order of: 003210
SUSAN A MARRO
2416 S 10TH STREET
PHILADELPHIA, PA 19148

Sav-xxxx5993       626.39

BENEFICIAL SAVING BANK

THE FRONT OF THIS DOCUMENT HAS A COLOR BACKGROUND AND MICROPRINTING.

---

SUSAN A MARRO    2416 S 10TH STREET PHILADELPHIA PA 19148          Check No: 3380   Date: 1/3/2025

| | | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EMP# | ▮ | REGULAR | 10.0000 | 80.00000 | 800.00 | Sav-xxxx5993 | 626.39 | 0.00 | EARNINGS | 800.00 | 800.00 |
| CLOCK# | 000048 | | | | | Total: | 626.39 | 0.00 | FED | 57.29 | 57.29 |
| DEPT# | 003210 | | | | | | | | MEDICARE | 11.60 | 11.60 |
| FED  S | 0 | | | | | | | | SOC SEC | 49.60 | 49.60 |
| PA   N/ | 0 | | | | | | | | PA | 24.56 | 24.56 |
| PA-EUC | | | | | | | | | PAEUC | 0.56 | 0.56 |
| PA LOCAL W-PHILADELPHIA | | | | | | | | | PHILADELPHIA CITY | 30.00 | 30.00 |
| PA LOCAL R-PHILADELPHIA | | | | | | | | | | | |

YTD

Net Pay: 626.39

OUR LADY OF HOPE REGIONAL 1248 JACKSON STREET PHILADELPHIA, PA 19148
Key: B870-6C46-5208-EB11

Period Start: 12/14/2024
Period End:   12/27/2024

PrimePay

THE REVERSE SIDE OF THIS DOCUMENT CONTAINS A WATERMARK HOLD AT AN ANGLE TO VIEW

| | | | |
|---|---|---|---|
| 11010318B | OUR LADY OF HOPE REGIONAL<br>1248 JACKSON STREET<br>PHILADELPHIA, PA 19148 | 3-7568/2360 | Check No.  3350<br>Date:  12/20/2024 |

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE.   DO NOT CASH

**VOID**

Pay to the order of:
003210
SUSAN A MARRO
2416 S 10TH STREET
PHILADELPHIA, PA 19148

Sav-xxxx5993          624.30

BENEFICIAL SAVING BANK

THE FRONT OF THIS DOCUMENT HAS A COLOR BACKGROUND AND MICROPRINTING.

---

SUSAN A MARRO          2416 S 10TH STREET PHILADELPHIA PA 19148          Check No: 3350   Date: 12/20/2024

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EMP# | | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | |
| | | REGULAR | 10.0000 | 80.00000 | 800.00 | Sav-xxxx5993 | 624.30 | 0.00 | |
| CLOCK# | 000048 | | | | | Total: | 624.30 | 0.00 | |
| DEPT# | 003210 | | | | | | | | |
| FED | S  0 | | | | | | | | |
| PA | N/ 0 | | | | | | | | |
| PA-EUC | | | | | | | | | |
| PA LOCAL | W-PHILADELPHIA | | | | | | | | |
| PA LOCAL | R-PHILADELPHIA | | | | | | | | |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 800.00 | 16270.00 |
| FED | 59.38 | 1174.52 |
| MEDICARE | 11.60 | 235.98 |
| SOC SEC | 49.60 | 1008.74 |
| PA | 24.56 | 499.56 |
| PAEUC | 0.56 | 11.46 |
| PHILADELPHIA CITY | 30.00 | 610.19 |

YTD

Net Pay: 624.30

OUR LADY OF HOPE REGIONAL 1248 JACKSON STREET PHILADELPHIA, PA 19148
Key: B870-6C46-5208-EB11

Period Start: 11/30/2024
Period End: 12/13/2024

PrimePay

