**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____

**Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    ____/____/_____

**New total payment:**   $ _____
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____    **New escrow payment:**   $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**    _____%    **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Debtor 1 _____    Case number (*if known*) _____
         First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Tabitha Sosa* _____    Date ____/____/_____
   Signature

Print:    _____    Title _____
       First Name     Middle Name     Last Name

Company    _____

Address    _____
       Number     Street
       _____
       City     State     ZIP Code

Contact phone    (_____) _____–_____    Email _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Susan A Marro

Chapter #13  
Case No.25-10019  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Tabitha Sosa of Santander Bank, N.A., do hereby certify that on March 7, 2025, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.
    Signed under the penalties of perjury, this 7th day of March, 2025.

*Tabitha Sosa*

Tabitha Sosa  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(610) 988-0407  
Email: DeftBkr@santander.us

VIA US MAIL  
Susan A Marro  
2416 S 10 th St  
Philadelphia, PA 19148

VIA ECF  
Kenneth E West  
190 N Independence Mall W Ste 701  
Philadelphia, PA 19106

Michael A Cibik  
HELP@CIBIKLAW.COM



Mail Code: 10-421-CN2
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Date: | 03-04-2025 |
| Statement Period From: | 02-05-2025 |
| Statement Period Through: | 03-04-2025 |
| Days in Statement Period: | 28 |
| Current Balance: | $172,531.27 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 06-05-2023 |
| **Minimum Payment:** | **$99,819.00** |
| **Payment Due Date:** | **03-27-2025** |

286-0.5400 000003BFXAZRY 1/2 BIN:0 0-1143
SUSAN MARRO
2416 S 10TH ST
PHILA PA 19148-3624

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

### ACCOUNT BILLING SUMMARY

| | |
|---|---:|
| Principal Due | $427.80 |
| **INTEREST CHARGE Due** | **$649.00** |
| Past Due Amount | $66,973.81 |
| Late Charges Due | $732.80 |
| Fees Due | $31,035.59 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$99,819.00** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---:|
| Beginning Balance | $171,812.27 |
| Advances | $0.00 |
| Payment Received | $0.00 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$649.00** |
| Late Charges | $0.00 |
| Fees | $70.00 |
| Adjustments | $0.00 |
| Ending Balance | $172,531.27 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---:|---|---:|
| Periodic Rate From | 02-05-2025 | Periodic **INTEREST CHARGE** | $649.00 |
| Periodic Rate Through | 03-04-2025 | **ANNUAL PERCENTAGE RATE** | 8.2400 |
| Payment Amount | $1,076.80 | | |
| Daily Periodic Rate * | 0.0002257534 | | |
| Balance Subject to Interest Rate | $102,671.43 | Ending Principal | $102,671.43 |

* The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 02-05-2025 | BEGINNING PRINCIPAL | | $102,671.43 |
| | 03-04-2025 | ENDING PRINCIPAL | | $102,671.43 |

*************************************************** **FEES** ***************************************************

| | | | | |
|---|---|---|---:|---:|
| 02-10-2025 | 02-10-2025 | FORECLOSURE ATTORNEY COST | $70.00 | |
| | | TOTAL FEES THIS PERIOD | $70.00 | |

*************************************************** **INTEREST CHARGED** ***************************************************

| | | | | |
|---|---|---|---:|---:|
| | | TOTAL INTEREST THIS PERIOD | $649.00 | |

---

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 03-27-2025 | $99,819.00 | |

SUSAN MARRO
2416 S 10TH ST
PHILA PA 19148-3624

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051