# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| **SUSAN A. MARRO** | ) | |
| Debtor | ) | Docket No. 25-10019-pmm |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 2416 S. 10th Street, Philadelphia PA 19148 |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | **Hearing Date: September 24, 2025** |
| | ) | **Time: 1:00 p.m.** |
| SUSAN A. MARRO | ) | **COURTROOM NO. 3** |
| Respondent | ) | |

## **ORDER**

AND NOW, this _____ day of SEPTEMBER, 2025, upon consideration of the Motion seeking Stay Relief filed by Santander Bank, N.A. ("Santander Bank"), pursuant to 11 U.S.C. Section 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Santander Bank is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code is hereby terminated with respect to Santander Bank; and it is further

ORDERED that Santander Bank is entitled to proceed with any and all available state court remedies against the real property known as 2416 S. 10th Street, Philadelphia, Philadelphia County, Pennsylvania ("Premises").

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge