**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **SUSAN A. MARRO** | ) | |
|          Debtor | ) | Docket No. 25-10019-pmm |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 2416 S. 10th Street, Philadelphia PA 19148 |
| SANTANDER BANK, N.A. | ) | |
|          Movant | ) | |
|     vs. | ) | Hearing Date:  September 24, 2025 |
| | ) | Time:  1:00 p.m. |
| SUSAN A. MARRO | ) | COURTROOM NO. 3 |
|          Respondent | ) | |

**<u>CERTIFICATION OF SERVICE</u>**

     I, JESSICA S. KACZINSKI, attorney for Santander Bank, N.A., certify that on the 4th day of September, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Document 1: Santander Bank's Motion for Relief from Stay
Document 2: Proposed Order
Document 3:  Notice of Motion, Response Deadline and Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

                                                                                  */s/Jessica S. Kaczinski, Esq.*
                                                                                  Jessica S. Kaczinski, Esquire
                                                                                   Attorney for Movant
                                                                                   33 S. 7th Street, PO Box 4060
                                                                                  Allentown, PA  18105-4060
Date:  September 4, 2025                                              jkaczinski@grossmcginley.com

**MAILING LIST EXHIBIT:**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA  19106
Chapter 13 Trustee
**VIA:  CM/ECF**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**VIA:  CM/ECF**

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Debtor's Counsel
**VIA:  CM/ECF**

Susan A. Marro
2416 S. 10th Street
Philadelphia, PA 19148
DEBTOR
**VIA: First Class Mail**