# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Susan Marro,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-10019-PMM |

## Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Susan Marro, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Santander Bank, N.A..

Date: September 12, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Santander Bank, N.A. to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: September 12, 2025

/s/ Michael A. Cibik
Michael A. Cibik