

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2510019

DEBTOR(S):

SUSAN A MARRO

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $1,476.32

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

MERRICK BANK

Resurgent Capital Services

PO Box 10368

Greenville, SC 29603

(866) 572-0265

DATE:

10/3/2025