UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **SUSAN A. MARRO** | ) | |
| Debtor | ) | Docket No. 25-10019-pmm |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 2416 S. 10th Street, Philadelphia PA 19148 |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | Hearing Date:  October 8, 2025 |
| | ) | Time:  1:00 p.m. |
| SUSAN A. MARRO | ) | COURTROOM NO. 3 |
| Respondent | ) | |

## **ORDER**

**UPON** the written Stipulation for Stay Relief signed by the Debtor, SUSAN A. MARRO ("Debtor"), along with her counsel, Mchael A. Cibik, and SANTANDER BANK, N.A. ("Santander"), by and through its counsel Jessica S. Kaczinski, Esq., it is hereby:

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code shall remain in full force and effect with respect to Santander as of this date;

**ORDERED**, that if the Debtor fails to make the payments as required under the terms of the Stipulation and after Notice of such default to Debtor and her Counsel, and upon a failure to cure within fifteen (15) days of said Notice, Santander shall be authorized to then file a Certificate of Default with the Court, upon which the Automatic Stay provisions of Section 362 shall be terminated with respect to Santander and Santander shall be entitled to proceed with available state court remedies against the Debtor's real property known as 2416 S. 10th Street, Philadelphia, Philadelphia County, Pennsylvania ("Premises"), including without limitation, proceeding with the pending Mortgage Foreclosure action, all without further application to this Court or notice to the Debtor or her counsel.

**ORDERED,** that this Order shall not be stayed until the expiration of the 14 days after its entry pursuant to Bankruptcy Rule 4001(a) but rather shall become effective as of the date this Order is signed and shall survive a conversion of the within Bankruptcy to a case under Chapter 7 or any other chapter of the Bankruptcy Code.

BY THE COURT

_____
PATRICIA M. MAYER
Bankruptcy Judge