UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **SUSAN A. MARRO** | ) | |
| Debtor | ) | Docket No. 25-10019-pmm |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 2416 S. 10th Street, Philadelphia PA 19148 |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | Hearing Date:  October 8, 2025 |
| | ) | Time:  1:00 p.m. |
| SUSAN A. MARRO | ) | COURTROOM NO. 3 |
| Respondent | ) | |

## ORDER

**UPON** the written Stipulation for Stay Relief signed by the Debtor, SUSAN A. MARRO ("Debtor"), along with her counsel, Mchael A. Cibik, and SANTANDER BANK, N.A. ("Santander"), by and through its counsel Jessica S. Kaczinski, Esq., it is hereby:

**ORDERED**, that the Stipulation resolving Santander Bank's Motion for Relief from the Automatic Stay is hereby approved

**Date: October 16, 2025**

BY THE COURT

_____
PATRICIA M. MAYER
Bankruptcy Judge