United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10019-pmm |
| Susan A Marro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan A Marro, 2416 S 10th St, Philadelphia, PA 19148-3624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025               Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JESSICA S KACZINSKI | on behalf of Creditor Santander Bank N.A. jkaczinski@grossmcginley.com, jkacsur@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Susan A Marro help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **SUSAN A. MARRO** | ) | |
| Debtor | ) | Docket No. 25-10019-pmm |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 2416 S. 10th Street, Philadelphia PA 19148 |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | **Hearing Date: October 8, 2025** |
| | ) | **Time: 1:00 p.m.** |
| SUSAN A. MARRO | ) | **COURTROOM NO**. 3 |
| Respondent | ) | |

### ORDER

**UPON** the written Stipulation for Stay Relief signed by the Debtor, SUSAN A. MARRO ("Debtor"), along with her counsel, Mchael A. Cibik, and SANTANDER BANK, N.A. ("Santander"), by and through its counsel Jessica S. Kaczinski, Esq., it is hereby:

**ORDERED**, that the Stipulation resolving Santander Bank's Motion for Relief from the Automatic Stay is hereby approved

BY THE COURT

*Patricia M. Mayer*

**Date: October 16, 2025**

_____
PATRICIA M. MAYER
Bankruptcy Judge