# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

|  |  |
|---|---|
| Susan A. Marro, | Case No. 25-10019-PMM |
| | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on December 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Fourth Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service

indicated below.

Date: December 11, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**

190 N. Independence Mall West Suite
701 Philadelphia, PA 19106

**Santander Bank, NA**

c/o Jessica S. Kaczinski, Esq.
33 S. 7th Street
Allentown, PA 18105

**Method of Service - First Class Mail:**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346