**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Susan A. Marro,<br><br>　　　　　　　　Debtor. | Case No. 25-10019-PMM<br>Chapter 13 |

**Certificate of Service**

　　I, Michael A. Cibik, certify that on December 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Fifth Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 11, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**

190 N. Independence Mall West Suite 701 Philadelphia, PA 19106

**Santander Bank, NA**

c/o Jessica S. Kaczinski, Esq.
33 S. 7th Street
Allentown, PA 18105

**Method of Service - First Class Mail:**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346