United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10019-pmm

Susan A Marro                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                      Page 1 of 3

Date Rcvd: May 27, 2026                         Form ID: pdf900                                  Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Susan A Marro, 2416 S 10th St, Philadelphia, PA 19148-3624 |
| 14965260 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14965263 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14965266 | | Santander, PO Box 12546, 19812 |
| 14986922 | + | Santander Bank, NA, c/o Jessica S. Kaczinski, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |
| 14965269 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 01:12:43 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 01:12:42 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| NONE | + | Email/Text: DeftBkr@santander.us | May 28 2026 01:01:00 | SANTANDER BANK, N.A., 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| cr | ^ | MEBN | May 28 2026 00:56:51 | Santander Bank, N.A., c/o Jessica S. Kaczinski, Esq., 33 S. 7th Street, PO Box 4060, Gross McGinley, LLP, Allentown, PA 18105-4060 |
| 14968465 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 01:12:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977993 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 28 2026 01:00:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14965256 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15024472 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 15013264 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2 User: admin Page 2 of 3

Date Rcvd: May 27, 2026 Form ID: pdf900 Total Noticed: 30

| Recip ID | Bypass/Manner | Date/Time | Name and Address |
|---|---|---|---|
| | | May 28 2026 01:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14965257 | Email/Text: bankruptcy@philapark.org | May 28 2026 01:01:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14965258 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2026 01:01:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14965259 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2026 01:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14982275 | Email/Text: BNCnotices@dcmservices.com | May 28 2026 01:01:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14968463 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 01:12:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14968432 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 01:12:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14965261 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14965262 | ^ MEBN | May 28 2026 00:56:40 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14965264 | Email/Text: bankruptcy@philapark.org | May 28 2026 01:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14987245 | ^ MEBN | May 28 2026 00:56:50 | Santander Bank, NA, C/O Jessica S. Kaczinski, 33 South 7th Street, PO BOX 4060, Allentown, PA 18105-4060 |
| 14965267 | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 01:12:30 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14965268 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 28 2026 01:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14965270 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 28 2026 01:12:41 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
14965265 | ## | Pressman & Doyle, LLC, c/o Michael S Bloom, 712 Macdade Blvd, Folsom, PA 19033-3512

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: May 27, 2026 Form ID: pdf900 Total Noticed: 30

Date: May 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JESSICA S KACZINSKI | on behalf of Creditor Santander Bank  N.A. jkaczinski@grossmcginley.com, jkacsur@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Susan A Marro help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Susan A. Marro,<br><br><br>          Debtor. | Case No. 25-10019-PMM<br>Chapter 13 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**May 27, 2026**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**