## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Susan A. Marro, | Case No. 25-10019-PMM |
| | Chapter 13 |
| Debtor. | |

### Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The Debtor filed a petition under chapter 13 on January 3, 2025.

3. The Debtor's annualized current monthly income as set forth on Form 122C-1 is below-median (the amount on line 15b is less than the amount on line 16c).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,165.00 for 10.1 attorney hours and 4.2 paralegal hours expended providing the customary services of counseling and representing the Debtor before confirmation including:

   a. initial consultation with the client

   b. preparation, review and filing of all required documents

   c. correspondence

   d. preparation for and attendance at 341 meeting

   e. other work as listed in the itemized time and billing

6. The Debtor paid the Applicant $1,250.00 prior to filing the petition.

7. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached as Exhibit A.

8. Itemized time and billing for the services is attached as Exhibit B.

9.   None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

10. The Applicant requests an award of $4,165.00 in compensation and of $0.00 in reimbursement of actual necessary expenses.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: June 10, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2