# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Susan A. Marro, | Case No. 25-10019-PMM |
| | Chapter 13 |
| Debtor. | |

### Order Granting Application for Compensation

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Compensation in the amount of $4,165.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $1,250.00, which has been previously paid by the Debtor, to the extent that funds in his possession are available for distribution to the Applicant.

Date: _____

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge