**Susan A. Marro        Chapter 13    25-10019-PMM        $350 per attorney hour    $150 per paralegal hour**

| Date | Staff | Work Performed | Hours | Total |
|---|---|---|---|---|
| 11/6/2024 | Attorney | Initial consultation with client | 0.6 | $210 |
| 11/6/2024 | Attorney | Analysis of the financial situation | 0.5 | $175 |
| 11/6/2024 | Attorney | Wrote memo to debtor regarding next steps | 0.3 | $105 |
| Various | Paralegal | Worked with debtor to obtain documents | 1 | $150 |
| 1/3/2025 | Attorney | Drafted petition, schedules, statements, and related documents | 2 | $700 |
| 1/3/2025 | Attorney | Drafted Chapter 13 plan | 1 | $350 |
| 1/3/2025 | Paralegal | Filed petition, schedules, statements, related documents, and Chapter 13 Plan | 0.2 | $30 |
| 1/15/2025 | Paralegal | Drafted redacted employee income records | 0.2 | $30 |
| 1/15/2025 | Paralegal | Filed employee income records | 0.1 | $15 |
| 2/28/2025 | Attorney | Prepared for meeting of creditors | 0.4 | $140 |
| 2/28/2025 | Attorney | Represented debtor at meeting of creditors | 0.3 | $105 |
| 8/18/2025 | Attorney | Drafted amended schedule J | 0.1 | $35 |
| 8/18/2025 | Paralegal | Filed amended schedule J | 0.1 | $15 |
| 8/18/2025 | Attorney | Drafted first amended Chapter 13 plan | 0.7 | $245 |
| 8/18/2025 | Paralegal | Filed/served first amended Chapter 13 plan | 0.3 | $45 |
| 8/18/2025 | Paralegal | Drafted and filed pre-confirmation certification | 0.1 | $15 |
| 9/4/2025 | Attorney | Reviewed creditor's motion for relief from stay | 0.3 | $105 |
| 9/12/2025 | Attorney | Drafted objection to motion for relief from stay | 0.1 | $35 |
| 9/12/2025 | Paralegal | Filed objection to motion for relief from stay | 0.1 | $15 |
| 9/5/2025, 9/12/2025 | Attorney | Correspondence with debtor and creditor regarding arrears and motion for relief from stay | 0.6 | $210 |
| 9/15/2025, 9/23/2025 | Attorney | Correspondence with creditor about stipulation | 0.2 | $70 |
| 9/16/2025, 10/2/2025, 10/9/2025 | Attorney | Correspondence with debtor about stipulation | 0.3 | $105 |
| 10/2/2025 | Attorney | Drafted second amended Chapter 13 plan | 0.5 | $175 |
| 10/2/2025 | Paralegal | Filed/served second amended Chapter 13 plan | 0.3 | $45 |
| 10/2/2025 | Paralegal | Drafted and filed pre-confirmation certification | 0.1 | $15 |
| 10/9/2025 | Attorney | Drafted amended schedule J | 0.1 | $35 |
| 10/9/2025 | Paralegal | Filed amended schedule J | 0.1 | $15 |
| 10/9/2025 | Attorney | Drafted third amended Chapter 13 plan | 0.4 | $140 |
| 10/9/2025 | Paralegal | Filed/served third amended Chapter 13 plan | 0.3 | $45 |
| 10/9/2025 | Paralegal | Drafted and filed pre-confirmation certification | 0.1 | $15 |
| 12/2/2025, 12/4/2025, 12/5/2025 | Attorney | Correspondence with debtor and the IRS about various missing IRS tax returns | 0.5 | $175 |
| 12/11/2025 | Attorney | Drafted amended schedule J | 0.1 | $35 |
| 12/11/2025 | Paralegal | Filed amended schedule J | 0.1 | $15 |
| 12/11/2025 | Attorney | Drafted fourth amended Chapter 13 plan | 0.4 | $140 |
| 12/11/2025 | Paralegal | Filed/served fourth amended Chapter 13 plan | 0.3 | $45 |
| 12/11/2025 | Paralegal | Drafted and filed pre-confirmation certification | 0.1 | $15 |
| 12/11/2025 | Attorney | Drafted amended schedule J | 0.1 | $35 |
| 12/11/2025 | Paralegal | Filed amended schedule J | 0.1 | $15 |
| 12/11/2025 | Attorney | Drafted fourth amended Chapter 13 plan | 0.2 | $70 |
| 12/11/2025 | Paralegal | Filed/served fifth amended Chapter 13 plan | 0.3 | $45 |
| 12/11/2025 | Paralegal | Drafted and filed pre-confirmation certification | 0.1 | $15 |
| 6/10/2026 | Attorney | Drafted application for compensation | 0.4 | $140 |
| 6/10/2026 | Paralegal | Filed/served application for compensation | 0.2 | $30 |

Total Attorney Hours: 10.1     Total Attorney Billing: $3,535
Total Paralegal Hours: 4.2     Total Paralegal Billing: $630
Total Hourly Billing: $4,165  Amount Already Paid by Debtor: $1,250
Total Fees Outstanding: $2,915