# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

|  |  |
|---|---|
| Susan A. Marro,<br><br>                 Debtor. | Case No. 25-10019-PMM<br>Chapter 13 |

### Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties in the manner indicated:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Susan A. Marro (First Class Mail)
2416 S 10th St
Philadelphia, PA 19148-3624

Date: June 10, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com