United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 25-10019-pmm

Susan A Marro                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan A Marro, 2416 S 10th St, Philadelphia, PA 19148-3624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JESSICA S KACZINSKI | on behalf of Creditor Santander Bank  N.A. jkaczinski@grossmcginley.com, jkacsur@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Susan A Marro help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Susan A Marro,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
|  | : |  |
|  | : |  |
| **Debtor.** | : | **Bky. No. 25-10019 (PMM)** |

## O R D E R

**AND NOW**, **WHEREAS**:

A.  The Debtor's counsel Michael Cibik, Esq. ("the Applicant") has filed an Application for Allowance of Compensation (doc. #60, "the Application").

B.  The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D.  Reasonable and allowable compensation is allowed to the Applicant in the amount of $4,165.00.

E.  It is therefore, **ORDERED** that:

1.  The Application is **GRANTED**.  The Trustee is authorized to pay counsel **$2,915.00 (the allowed  amount minus the $1,250.00 received pre-petition)**.

2.  The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 6/26/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**